IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARRYL K. AH MAU, Individually ) | CV 08-00109 SOM-LEK |
| and as Personal Representative for     ) | |
| the Estate of Sarah Lokelani Ah Mau, ) | |
| deceased; BARTHOLOMEW              ) | |
| YADAO ,                                             ) | |
|         Plaintiffs,                  ) | |
|    vs.                                           ) | |
|                         ) | |
| STATE OF HAWAII;                         ) | |
| CORRECTIONS CORPORATION      ) | |
| OF AMERICA; NURSE IRIS             ) | |
| PRATER; DOE DEFENDANTS 1-       ) | |
| 100,                                                   ) | |
|         Defendants.               ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on June 2, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; June 23, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

cc:all parties of record

Ah Mau v. State of Hawaii; CV 08-00109 SOM-LEK; ORDER ADOPTING
MAGISTRATE'S FINDINGS AND RECOMMENDATION