*Electronically Filed*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### AT PIKEVILLE

**DARRYL K. AH MAU, ET AL.**                                           **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO. 08-CV-00133-ART**

**STATE OF HAWAII, ET AL.**                                           **DEFENDANTS**

## NOTIFICATION OF SETTLEMENT

Come the Plaintiffs and Defendants, by and through counsel, and jointly notify the Court that a mediation was held in this matter on November 4, 2008 and that an agreement was reached which settled all claims in this action. The parties have executed a written settlement agreement. The parties would expect to conclude this matter within the next thirty (30) days, if not sooner. Upon conclusion of this matter the parties will submit an Agreed Order of Dismissal to the Court.

Respectfully submitted,

/s/ G. Edward Henry II
G. Edward Henry II Esq.
HENRY WATZ GARDNER &
SELLARS, PLLC
401 West Main Street, Suite 314
Lexington, KY 40507
Telephone:    (859) 253-1320
Facsimile:    (859) 255-8316
geh@hwgsg.com
ATTORNEYS FOR DEFENDANTS

/s/ Daniel P. Struck, Esq.
Daniel P. Struck, Esq.
JONES SKELTON & HIRAOKA LLP
2901 North Central Ave., Ste 800
Phoenix, AZ 85012
ATTORNEY FOR DEFENDANTS

/s/ Edward J. Castaing, Jr.
Edward J. Castaing, Jr. Esq.
CRULL, CASTAING & LILLY
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone:   (504) 581-7700
Facsimile:   (504) 581-5523
ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notification of Settlement was mailed this 6th day of November, 2008.

Earl I. Anzai, Esq.
Law Offices of Earl I. Anzai
345 Queen St., 2nd Flr.
Honolulu, HI 96813

Brian A. Bilberry, Esq.
Roeca Louie & Hiraoka LLP
900 Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, HI  96813

Michael Jay Green, Esq.
Queen Street Building
345 Queen St., 2nd Flr.
Honolulu, HI 96813

Keith M. Kaneshiro, Esq.
770 Kapiolani Blvd., Suite 715
Honolulu, HI  96814

David M. Louie, Esq.
Roeca Louie & Hiraoka LLP
900 Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, HI  96813

Robin M. Mechor, Esq.
Queen Street Building
345 Queen St., 2nd Flr.
Honolulu, HI 96813

The remainder of counsel will be served by the Clerk of the Court pursuant to the electronic service procedures of this Court.

                                              /s/ G. Edward Henry II  
                                              G. Edward Henry II

F:\GEH\CCA\OCCC\AH MAU\PLEADINGS\Notification of Settlement 11-06-08.doc